# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>          v.<br><br>EMMANUEL ANGULO-SERNA,<br><br>                                Defendant. | Case No. 16-cr-1729-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**<br><br>**[ECF No. 19]** |

Presently before the Court is the United States of America's motion to dismiss the indictment. The Government indicates that Defendant Emmanuel Angulo-Serna died while in custody. Having provided an adequate factual basis justifying dismissal, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Emmanuel Angulo-Serna. *See* Fed. R. Crim. P. 48(a); *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D. Cal. 2014) (Moskowitz, C.J.).

**IT IS SO ORDERED.**

**DATED:  December 7, 2016**

Hon. Cynthia Bashant
United States District Judge